| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>L. TIMOTHY FISHER<br>BURSOR & FISHER, P.A.<br>1990 N. CALIFORNIA BLVD.<br>RM 940<br>WALNUT CREEK, CA 94596<br>*Telephone No:* 925-300-4455 | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Northern District Of California

*Plaintiff:* KENYARD EDWARDS, on Behalf of Himself and all Others Similarly Situated
*Defendant:* OPORTUN, INC.

| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:16-CV-00519-EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; STANDING ORDER FOR ALL JUDGES FOR THE NORTHERN DISTRICT OF CALIFORNIA; FILING PROCEDURES FOR SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WAIVER OF THE SERVICE OF SUMMONS; STANDING ORDER MAGISTRATE JUDGE ELIZABETH D. LAPORTENOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; ECF REGISTRATION INFORMATION

3. a. *Party served:* OPORTUN, INC.
   b. *Person served:* VALERIE VILLEGAS, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. *Address where the party was served:* 818 W 7TH STREET
   SUITE 930
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Feb. 08, 2016 (2) at: 2:55PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. Doug Forrest

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone (213) 250-9111
   Fax (213) 250-1197
   www.firstlegalnetwork.com

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Feb. 09, 2016

   (Doug Forrest)   7246475  .burfi.773535

*Judicial Council Form*
*Rule 2.150.(a)&(b) Rev January 1, 2007*

PROOF OF SERVICE
SUMMONS